UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AMOY RUSSELL-JONAS, individually and on
behalf of her infant child Z.B.,

                                19-CV-1974 (DLC) (SDA)

                    Plaintiffs,          INFANT COMPROMISE
                                         ORDER
        -against-

ANITA OTTOMBRINO, KRASHAWN LEE,
CLAUDETTE HALL, individually and as
manager, and CITY OF NEW YORK,

                    Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED   11 | 12 | 2019

        Upon the declaration of Amoy Russell-Jonas, the adult plaintiff herein,

signed on September 19, 2019, and the declaration of Carolyn A. Kubitschek,

attorney for plaintiffs herein, signed on October 23, 2019, and due deliberation

having been had thereon, and upon consideration of the issues and claims in the

litigation, the proffers of evidence, and the discussions related to settlement in

resolution of this case, and it appearing that the best interest of the infant plaintiff

would be served by approval of the proposed compromise in settlement, now, on the

motion of Carolyn A. Kubitschek, attorney for infant plaintiff herein, it is hereby;

        ORDERED, that the plaintiff, Amoy Russell-Jonas, is authorized and

empowered, in the interest of her child Z. B., born in 2015, to settle and compromise

their claims against defendants City of New York for the sum of $100,001.00 plus

costs and attorney's fees, (the Judgment Amount"), in full satisfaction of all claims

against defendants for costs, expenses, attorneys' fees and interest; and it is further

        ORDERED, the sum of $50,001.00  is to be received by infant plaintiff  Z.B.,

to be deposited into an interest bearing savings account at a bank selected by adult

plaintiff Amoy Russell-Jonas, to be held for Z.B., until the event of his 18th birthday, when infant plaintiff shall be entitled to withdraw one-quarter (1/4) of the total amount; the remainder of which shall be held until the event of his 19th birthday, at which time Z.B. shall receive one-third (1/3) of the amount, the remainder of which shall be held until the event of his 20th birthday, at which time Z.B. shall receive one-half (1/2) of the amount, the remainder of which shall be held until the event of his 21st birthday, at which time Z.B. shall receive the whole of said amount; and it is further

ORDERED, that of the Judgment Amount, the sum of $50,000.00 is to be received by adult plaintiff Amoy Russell-Jonas, and it is further

ORDERED, that in the event of the death of the infant plaintiff prior to the payment date as set forth above, and in the event that the infant plaintiff has not designated a beneficiary or beneficiaries, payment shall be made to the estate of infant plaintiff; and it is further

ORDERED, that the City of New York will pay the sum of $53,999.00 in attorneys' fees and costs directly to the law firm of Lansner & Kubitschek, attorneys for plaintiff herein, in addition to the sums mentioned above; and it is further

ORDERED, that this Court retains jurisdiction of this action for enforcing or modifying this infant compromise order and for enforcing the terms of the underlying settlement.

Dated: New York, New York
       November 12, 2019                    SO ORDERED:

                                            _____
                                            U. S. D. J.